(102 So. 601)

**Ex parte WELDED PRODUCTS CO.**
**(6 Div. 335.)**

(Supreme Court of Alabama. Jan. 15, 1925.)

Certiorari to Court of Appeals.

Coleman, Coleman, Spain & Stewart, of Birmingham, for petitioner.

David R. Solomon and W. H. McGowen, both of Birmingham, opposed.

PER CURIAM. Petition of the Welded Products Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Drennen Motor Car Co. v. Welded Products Co., 102 So. 600.

Writ denied.

See Smith v. Lewis, ante, p. 133, 102 So. 21.

ANDERSON, C. J., and GARDNER, THOMAS, and MILLER, JJ., concur.